JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ELBERT LEE HASKINS, III, | Case No. 2:20-07957 DSF (ADS) |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT |
| S. MONTES, et al., | |
| Defendants. | |

Pursuant to the Court's Order Dismissing Action for Failure to Prosecute and Comply with Court Orders IT IS HEREBY ADJUDGED that the above-captioned case is dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED: May 5, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE